1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JACK KENNETH WEBB,

11          Petitioner,                    No. CIV S-06-0951 LKK KJM P

12       vs.

13   ROY CASTRO, Warden, et al.,

14          Respondents.                   ORDER

15   _____/

16          Petitioner has requested an extension of time to file an application to proceed in

17   forma pauperis as directed by the court's order of June 6, 2006.  Good cause appearing, IT IS

18   HEREBY ORDERED that:

19          1.  Petitioner's July 7, 2006 request for an extension of time is granted; and

20          2.  Petitioner is granted thirty days from the date of this order in which to file an

21   application to proceed in forma pauperis.

22   DATED:  July 14, 2006.

23

24   _____
     UNITED STATES MAGISTRATE JUDGE

25

26   1/mp
     webb0951.111