IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK K. WEBB,

      Petitioner,               No. CIV-S-06-0951 LKK KJM P

   vs.

ROY CASTRO, et al.,

      Respondents.         <u>ORDER</u>

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 5, 2006, the court recommended that this action be dismissed because it appeared from petitioner's habeas application that he failed to exhaust state court remedies with respect to his claims prior to filing suit. On October 19, 2006, petitioner filed objections to the findings and recommendations in which petitioner indicates that he did exhaust state court remedies. Good cause appearing, the court will vacate the October 5, 2006 findings and recommendations.

      Since petitioner may be entitled to the requested relief if violations of constitutional rights alleged in his application for writ of habeas corpus are proved, respondents will be directed to file a response.

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court's October 5, 2006 findings and recommendations are vacated;

2. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

5. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: February 28, 2007.

_____
U.S. MAGISTRATE JUDGE

1
webb0951.100(10.19.06)