UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACK KENNETH WEBB, | ) | No. CIV S-06-0951 LKK KJM P |
| Petitioner, | ) | **ORDER** |
| v. | ) | |
| ROY CASTRO, Warden, | ) | |
| Respondent. | ) | |

Respondent has requested a thirty (30) day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including May 31, 2007, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

DATED: May 3, 2007.

_____
U.S. MAGISTRATE JUDGE

1.